STATE of Missouri, Respondent,

v.

Kenneth R. KOETTING, Appellant.

No. WD 34349.

Missouri Court of Appeals,
Western District.

Jan. 17, 1984.

Cenobio Lozano, Jr., Harrisonville, for appellant.

John Ashcroft, Atty. Gen., David C. Mason, Asst. Atty. Gen., Jefferson City, for respondent.

Before PRITCHARD, P.J., SHANGLER, J., and TURNAGE, C.J.

## ORDER

PER CURIAM.

Appeal from conviction for passing a bad check in violation of Section 570.120, RSMo 1978 and sentence to 7 years imprisonment under the persistent offender statute, Section 558.016, RSMo 1978 (amended 1982).

Affirmed. Rule 30.25(b).